UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07538-HDV-PD | Date | August 28, 2026 |
| Title | *LaTanya Williams v. Carson LTD, A California LIMITED Partnership* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

The Court has received and reviewed the Parties' Notice of Settlement of Entire Case. *See* [Dkt. 14]. Based on this submission, all hearing dates and deadlines are vacated, and the case is dismissed. The Court will retain jurisdiction for 30 days to reopen the case if the settlement is not finalized before then.

**IT IS SO ORDERED.**